In the Matter of the Arbitration between GORDON, WOLF, COWEN CO., INC.. Appellant, and THE EAST ASIATIC CO. LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to confirm the award except with respect to the fees of the arbitrators in this arbitration, which are hereby fixed at the sum of $100 to each arbitrator. No opinion.

Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and Burr, JJ., dissent.

John B. Malatesta, Appellant, v. Saratoga National Bank, Respondent. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.